# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** MICHAEL WAYNE HESHELMAN  **Mag. Judge:** Hugh W. Brenneman, Jr.

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:06-CR-44 (JTN) | March 30, 2009 | 2:06 - 2:19 PM | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Daniel Y. Mekaru | Appeared w/out counsel (court to appoint) | |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT READ |
|---|---|---|
| FELONY | INDICTMENT, Counts 1-46, and 53 forfeiture allegation | Read _____   Reading Waived _____ |

### TYPE OF HEARING
- ✓ First Appearance
- ___ Arraignment:
  - ___ mute
  - ___ not guilty
  - ___ guilty
  - ___ nolo contendre
- ___ Initial Pretrial Conference
- ___ Detention (waived ___)
- ___ Preliminary (waived ___)
- ___ Rule 5 Proceeding
- ___ Revocation/SRV/PV
- ___ Bond Violation
- ___ Change of Plea
- ___ Sentencing
- ___ Other:_____

### DOCUMENTS
- ___ Defendant's Rights
- ___ Waiver of _____
- ___ Consent to Mag. Judge for _____
- ___ Other: _____

Court to Issue:
- ___ Report & Recommendation
- ___ Order of Detention
- ___ Order to file IPTC Statements
- ___ Bindover Order
- ✓ Order Appointing Counsel
- ___ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____
of the _____

Count(s) to be dismissed at sentencing: _____

Presentence Report:
___ Ordered   ___ Waived

___ Plea Accepted by the Court

___ No Written Plea Agreement

### ADDITIONAL INFORMATION
Deft's request for court-appointed counsel granted.
Govt moved for detention and 3-day continuance to prepare for hearing.

### SENTENCING
Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted: ___ Yes   ___ No
Appeal Packet Given: ___ Yes   ___ No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |

**CASE TO BE:** Set for hearing before Magistrate Judge   **TYPE OF HEARING:** Arraignment/IPTC/Detention Hearing

**Reporter/Recorder:** Digitally Recorded   **Courtroom Deputy:** D. Kettner