# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

## MINUTES

**DATE:** June 2, 2009
**CASE NO:** 1:06-cr-44-01
**TIME:** 8:40/9:15 a.m.; 9:27/9:31 a.m.; 9:39/11:43 a.m.; 12:59/3:04 p.m.
**PLACE:** Grand Rapids, Michigan
**JUDGE:** Hon. Janet T. Neff

### UNITED STATES OF AMERICA
### v.
### MICHAEL WAYNE HESHELMAN

## APPEARANCES

Plaintiff's Attorney: Daniel Y. Mekaru
Defendant Heshelman's Attorney: Christopher E. Tracy  ■ appointed

## WITNESSES

1. Alan Moody - Govt

## PROCEEDINGS

**IN-CHAMBERS CONFERENCE/JURY TRIAL**: Jury selected; Government's and Defendant's opening statements.

Court Reporter: Glenda Trexler                Case Manager: Susan A. Smith