UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL WAYNE HESHELMAN,

    Defendant.
_____/

Case No. 1:06-CR-44

HON. JANET T. NEFF

## VERDICT

We the jury unanimously find for each count charged in the Indictment that defendant Michael Wayne Heshelman is:

**COUNT 1:   Conspiracy to Commit Wire Fraud:**

    **Guilty** ✓        **Not Guilty** _____

## COUNTS 2 - 27: Wire Fraud:

| Count | Date of Wire Transfer | Amount of Wire Transfer | Payor/Sender | Payee/Recipient | Guilty | Not Guilty |
|---|---|---|---|---|---|---|
| 2 | March 7, 2001 | $750,000 | Alan Moody | Kenneth Warner Mayer Attorney, IOTA Trust Account | ✓ | |
| 3 | March 7, 2001 | $750,000 | Alan Moody | Kenneth Warner Mayer Attorney, IOTA Trust Account | ✓ | |
| 4 | March 7, 2001 | $35,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Arron F. Jepson (funds for Alan Clyde) | ✓ | |
| 5 | March 7, 2001 | $105,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Auto OZ | ✓ | |
| 6 | March 7, 2001 | $25,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Orange County Teachers Credit Union – for further credit to Debra Featherstone | ✓ | |
| 7 | March 7, 2001 | $25,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | EMA Hotel Betriebs (funds for MICHAEL WAYNE HESHELMAN) | ✓ | |
| 8 | March 7, 2001 | $75,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | First Ban Corp. Ltd. (funds for MICHAEL WAYNE HESHELMAN) | ✓ | |

| Count | Date of Wire Transfer | Amount of Wire Transfer | Payor/Sender | Payee/Recipient | Guilty | Not Guilty |
|---|---|---|---|---|---|---|
| 9 | March 7, 2001 | $25,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Investors First Ban-Corp. Ltd. (funds for MICHAEL WAYNE HESHELMAN) | ✓ | |
| 10 | March 7, 2001 | $30,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Bristol Plaza – for account of M. Heshelman | ✓ | |
| 11 | March 7, 2001 | $25,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Mitch Miller | ✓ | |
| 12 | March 7, 2001 | $100,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Paul Ramsey | ✓ | |
| 13 | March 8, 2001 | $50,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | BRYCE H. SHERWOOD | ✓ | |
| 14 | March 8, 2001 | $20,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | BRYCE H. SHERWOOD | ✓ | |
| 15 | March 8, 2001 | $50,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | DENNIS MICKELSON | ✓ | |

| Count | Date of Wire Transfer | Amount of Wire Transfer | Payor/Sender | Payee/Recipient | Guilty | Not Guilty |
|---|---|---|---|---|---|---|
| 16 | March 8, 2001 | $89,600 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Highland Equities (funds for Stephen Williams) | ✓ | |
| 17 | March 8, 2001 | $45,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Joy Sherwood | ✓ | |
| 18 | March 8, 2001 | $30,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | MICHAEL HESHELMAN – at H.S.B.C. Bank in London, England | ✓ | |
| 19 | March 8, 2001 | $30,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | MICHAEL HESHELMAN – at UBS Bank in Zurich, Switzerland | ✓ | |
| 20 | March 9, 2001 | $10,400 | Kenneth Warner Mayer Attorney, IOTA Trust Account | BRYCE SHERWOOD | ✓ | |
| 21 | March 9, 2001 | $30,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Prism Mortgage Inc. (funds for Timothy Oliver) | ✓ | |
| 22 | March 9, 2001 | $25,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Ralph Trustees Ltd./T.A. The Athaeneum Hotel – Ref: HESHELMAN | ✓ | |
| 23 | March 12, 2001 | $35,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | BRYCE SHERWOOD | ✓ | |

| Count | Date of Wire Transfer | Amount of Wire Transfer | Payor/Sender | Payee/Recipient | Guilty | Not Guilty |
|---|---|---|---|---|---|---|
| 24 | March 14, 2001 | $25,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Arron F. Jepson (funds for Alan Clyde) | ✓ | |
| 25 | March 14, 2001 | $20,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Mitch Miller | ✓ | |
| 26 | March 16, 2001 | $12,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Bristol Plaza (funds for MICHAEL WAYNE HESHELMAN) | ✓ | |
| 27 | March 19, 2001 | $125,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Motor Coach Industries (donation to Alan Moody's church) | ✓ | |

**COUNT 28:** **Conspiracy to Commit Money Laundering:**

**Guilty** ✓        **Not Guilty** _____

**COUNTS 29 - 34:** **Money Laundering:**

| Count | Date of Wire Transfer | Amount of Wire Transfer | Payor/Sender | Payee/Recipient | Guilty | Not Guilty |
|---|---|---|---|---|---|---|
| 29 | March 7, 2001 | $35,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Arron F. Jepson (funds for Alan Clyde) | ✓ | |
| 30 | March 7, 2001 | $25,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Orange County Teachers Credit Union – for further credit to Debra Featherstone | ✓ | |
| 31 | March 7, 2001 | $100,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Paul Ramsey | ✓ | |
| 32 | March 8, 2001 | $89,600 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Highland Equities (funds for Stephen Williams) | ✓ | |
| 33 | March 9, 2001 | $30,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Prism Mortgage Inc. (funds for Timothy Oliver) | ✓ | |
| 34 | March 14, 2001 | $25,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Arron F. Jepson (funds for Alan Clyde) | ✓ | |

**COUNTS 35 - 38:** **International Money Laundering:**

| Count | Date of Wire Transfer | Amount of Wire Transfer | Payor/Sender | Payee/Recipient and Location | Guilty | Not Guilty |
|---|---|---|---|---|---|---|
| 35 | March 7, 2001 | $25,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | EMA Hotel Betriebs (funds for MICHAEL WAYNE HESHELMAN) – in Zurich, Switzerland | ✓ | |
| 36 | March 8, 2001 | $30,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | MICHAEL HESHELMAN – at H.S.B.C. Bank in London, England | ✓ | |
| 37 | March 8, 2001 | $30,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | MICHAEL HESHELMAN – at UBS Bank in Zurich, Switzerland | ✓ | |
| 38 | March 9, 2001 | $25,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Ralph Trustees Ltd./T.A. The Athaeneum Hotel – Ref: HESHELMAN – in Manchester, England | ✓ | |

**COUNTS 39 - 46:**     **Money Laundering**

| Count | Date of Wire Transfer | Amount of Wire Transfer | Payor/Sender | Payee/Recipient | Guilty | Not Guilty |
|---|---|---|---|---|---|---|
| 39 | March 7, 2001 | $25,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | EMA Hotel Betriebs (funds for MICHAEL WAYNE HESHELMAN) | ✓ | |
| 40 | March 7, 2001 | $75,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | First Ban Corp. Ltd. (funds for MICHAEL WAYNE HESHELMAN) | ✓ | |
| 41 | March 7, 2001 | $25,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Investors First Ban-Corp. Ltd. (funds for MICHAEL WAYNE HESHELMAN) | ✓ | |
| 42 | March 7, 2001 | $30,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Bristol Plaza – for account of M. Heshelman | ✓ | |
| 43 | March 8, 2001 | $30,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | MICHAEL HESHELMAN – at H.S.B.C. Bank in London, England | ✓ | |
| 44 | March 8, 2001 | $30,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | MICHAEL HESHELMAN – at UBS Bank in Zurich, Switzerland | ✓ | |

| Count | Date of Wire Transfer | Amount of Wire Transfer | Payor/Sender | Payee/Recipient | Guilty | Not Guilty |
|---|---|---|---|---|---|---|
| 45 | March 9, 2001 | $25,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Ralph Trustees Ltd./T.A. The Athaeneum Hotel – Ref: HESHELMAN | ✓ | |
| 46 | March 16, 2001 | $12,000 | Kenneth Warner Mayer Attorney, IOTA Trust Account | Bristol Plaza (funds for MICHAEL WAYNE HESHELMAN) | ✓ | |

Dated: June 11, 2009

_____
JURY FOREPERSON
DUSTY SCHEVERMAN